UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>          Petitioner,<br>     v.<br><br>BRIAN WILLIAMS,<br><br>          Respondent. | Case No. 2:16-cv-02508-RFB-GWF<br><br>ORDER |

Before the court is petitioner Said Elmajzoub's motion to voluntarily dismiss his *pro se* petition for writ of habeas corpus (ECF No. 5). Elmajzoub indicates that he has considered the procedural posture of his case, and the potential consequences of proceeding with the petition, and he believes that a voluntary withdrawal of his petition is in his best interest. *Id.* Elmajzoub notes that he has a § 2254 habeas petition in case no. 3:15-cv-00624-RCJ-VPC, which this court has stayed and abeyed.

Good cause appearing,

**IT IS ORDERED** that petitioner's motion to voluntarily dismiss his petition (ECF No. 5) is **GRANTED**. The petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this <u>6th</u> day of April, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1